FILED
CLERK, U.S. DISTRICT COURT

May 25, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE BENTON, an individual; DAVID BENTON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a Federal Corporation Created by Congress (Amtrak),<br><br>Defendants. | Case No. 2:19-cv-09830-SB-GJS<br><br>Honorable Stanley Blumenfeld, Jr.<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that the Parties' Joint Stipulation to Dismiss with Prejudice is GRANTED. The Court orders that all claims shall be dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: May 25, 2021



HON. STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

4815-3687-7034.1 / 090621-1094